UNITED STATES LEATHER COMPANY *et al. v.* FIRST NATIONAL BANK OF GAINESVILLE *et al.*

Failure to make a person interested in sustaining a judgment excepted to a party to the bill of exceptions, and to serve such person with a copy thereof, results in a dismissal of the writ of error.

Argued March 23, — Decided April 20, 1899.

Motion to dismiss writ of error.

*J. C. Boone, Johnson & Dorsey* and *J. J. Strickland,* for plaintiffs in error.

*George K. Looper, Dean & Hobbs* and *W. B. Sloan,* contra.

LUMPKIN, P. J. The only matter litigated upon the trial below was whether or not certain mortgages were valid. A verdict sustaining them was returned. The losing party made a motion for a new trial, and excepted to a judgment overruling the same. Mrs. C. E. Finger, as transferee, was part owner and holder of one of these mortgages, and was a party to the case. She is therefore certainly interested in sustaining the judgment under review, but was not made a party to the bill of exceptions or served with a copy of the same. Accordingly,

the motion made here to dismiss the writ of error must be sustained.    Civil Code, § 5547;  *Craig* v. *Webb*, 70 *Ga.* 188;  *Knox* v. *McCalla*, Ibid. 725;  *Crosthwait* v. *James*, 95 *Ga.* 570;  *Inman* v. *Estes*, 104 *Ga.* 645, and cases cited;  *Augusta Bank* v. *Merchants Bank*, 104 *Ga.* 857;  *White* v. *Bleckley*, 105 *Ga.* 173.

*Writ of error dismissed.    All the Justices concurring.*